**United States Bankruptcy Court**
Southern District of Texas

Houston Division

In re   **Sokona Diallo**                                     Case No.   **22-33351-H1-13**
                            Debtor(s)                         Chapter    **13**

## MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, CHAPTER 13 PLAN AND PLAN SUMMARY, STATEMENT OF FINANCIAL AFFAIRS, FORM B22(c), AND PAYMENT ADVICES

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY ONE (21) DAYS OF THE DATE THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON _____ AT _____ IN COURTROOM 404, 515 RUSK AVENUE, HOUSTON, TEXAS 77002. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Sokona Diallo, Debtor and party in interest in the above-entitled and captioned case and would respectfully show the following:

1. Debtor filed this case on November 9, 2022.

2. Debtor's schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c), and payment advices are due on November 23, 2022.

3. Debtor's schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c) and payment advices are incomplete.

4. Debtor hereby request five (5) additional days to file her schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c), and payment advices.

1

WHEREFORE, Debtor requests that she be granted five (5) additional days to file her schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c), and payment advices.

Respectfully submitted,

Date **November 23, 2022**   Signature **/s/ Emil R. Sargent**
**Emil R. Sargent**
TBN: 17648750
2855 Mangum Road, Ste. A-569
Houston, Texas 77092
713.222.2299 - Telephone
713.224.6812 - Facsimile

Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Deadline to File Schedules, Statement of Financial Affairs, Chapter 13 Plan and Plan Summary, Form B22(c) and Payment Advices and Order Extending Deadline to File Schedules, Statement of Financial Affairs, Chapter 13 Plan and Plan Summary, Form B22(c) and Payment Advices was served via ECF and email on November 23, 2022 on the following parties:

| | | |
|---|---|---|
| David G. Peake, Trustee | United States Trustee | Sokona Diallo |
| Court@peakech13trustee.com | Southern District of Texas | Via Email |
| | USTPRegion07@USDOJ.GOV | |

*/s/ Emil R. Sargent*
**EMIL R. SARGENT**