# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re **Sokona Diallo**                                         Case No. **22-33351-H1-13**
                          Debtor(s)                             Chapter  **13**

## ORDER EXTENDING DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, CHAPTER 13 PLAN AND PLAN SUMMARY, FORM B22(c) AND PAYMENT ADVICES

CAME ON for consideration Debtor's motion to extend deadline to file schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c) and payment advices and the Court finds that said motion was filed timely, IT IS HEREBY;

ORDERED that Debtor shall file completed schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c) and payment advices by November 28, 2022.

SIGNED: _____.

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE