IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 13 |
| Sokona Diallo, | § | |
| | § | Case No. 22-33351 |
| *Debtor*. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tara LeDay enters her appearance on behalf of FNA 2019-1, LLC, Creditor and Party in Interest, pursuant to § 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this *Notice of Appearance and Demand for Service of Papers* requesting notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code. All notices given or required to be given in this case shall be served upon:

Tara LeDay
Texas Bar No. 24106701
**CHAMBERLAIN HRDLICKA**
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713.654.9648 | F: 713.658.2553
E: tara.leday@chamberlainlaw.com

Dated: November 29, 2022

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: /s/ Tara LeDay
Tara LeDay
Texas Bar No. 24106701
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.654.9648
F: 713.658.2553
E: Tara.LeDay@chamberlainlaw.com

*Counsel for FNA 2019-1, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 29, 2022, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ Tara LeDay
Tara LeDay