United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 28, 2022

Nathan Ochsner, Clerk

## United States Bankruptcy Court
### Southern District of Texas
### Houston Division

In re    **Sokona Diallo**

_____
Debtor(s)

Case No.    **22-33351-H1-13**
_____

Chapter    **13**
_____

### ORDER EXTENDING DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, CHAPTER 13 PLAN AND PLAN SUMMARY, FORM B22(c) AND PAYMENT ADVICES

CAME ON for consideration Debtor's motion to extend deadline to file schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c) and payment advices and the Court finds that said motion was filed timely, IT IS HEREBY;

ORDERED that Debtor shall file completed schedules, statement of financial affairs, chapter 13 plan and plan summary, Form B22(c) and payment advices by November 28, 2022.

Signed: November 28, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:
Sokona Diallo
    Debtor

Case No. 22-33351-mi

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0541-4

User: ADIuser

Page 1 of 2

Date Rcvd: Nov 28, 2022

Form ID: pdf001

Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sokona Diallo, 21826 Paril Creek Drive, Houston, TX 77073-1619 |
| 12322893 | + | Amadou Wane, 13046 Race Track Road, Apt. 118, Tampa, FL 33626-1302 |
| 12322894 | + | Babatunde Oyedola Coker, 6500 Westheimer, Houston, TX 77057-5143 |
| 12322897 | + | Brickstone Group LLC, 1208 Marlborough Street, Philadelphia, PA 19125-3921 |
| 12322898 | + | Estate of Samuel Carreno, c/o Ramji Law Group, 9186 Katy Freeway, Houston, TX 77055-7456 |
| 12322899 | + | FNA DZ LLC, c/o Bellamy & Schultz, PLLC, 7200 North Mopac Expressway, Suite 310, Austin, TX 78731-3267 |
| 12322900 | + | Goldman Sachs Bank USA, P.O. Box 4545, Salt Lake City, UT 84110-4545 |
| 12322901 | + | HM Southmore, LLC, 811 Main Street, Suite 4100, Houston, TX 77002-6125 |
| 12322904 | + | Irwin Funding, LLC, 25 Main Street, Suite 11, Edison, NJ 08837-3448 |
| 12322905 | + | Jupiter Lounge, LLC, 6500 Westheimer, Houston, TX 77057-5143 |
| 12322906 | + | Katharine Banks Allen, P.O. Box 460568, Houston, TX 77056-8568 |
| 12322907 | + | Maurice Wutscher LLP, 5851 Legacy Circle, Suite 600, Plano, TX 75024-5969 |
| 12322908 | + | Merchant Capital Group, LLC, d/b/a Greenbox Capital, 111 NW 183rd Street, Suite 408, Miami, FL 33169-4619 |
| 12322909 | + | Michele Trudy Noel, 2637 Marilee Ln, Houston, TX 77057-4205 |
| 12322910 | + | Midland Credit Management, Inc., P.O. Box 115220, Carrollton, TX 75011-5220 |
| 12322911 | + | Okechukwu Chibuzo Onuoha, c/o Troy J. Wilson, Wilson & Associates, PLLC, 8019 West Grand Parkway South, #144, Richmond, TX 77407-1601 |
| 12322912 | + | Pearl Delta Funding, LLC, 80 State Street, Albany, NY 12207-2541 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12322895 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 28 2022 19:55:00 | Bank of America, N.A., P.O. Box 15019, Civil, Wilmington, DE 19850-5019 |
| 12322896 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 28 2022 19:56:00 | Bank of America, N.A., Loss Recovery, 800 Market Street, Saint Louis, MO 63101-2508 |
| 12325163 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2022 20:08:03 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 12323165 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 28 2022 19:55:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12325159 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 20:08:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12323046 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 20:08:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12322913 | + | Email/Text: sprechman@ebn.phinsolutions.com | Nov 28 2022 19:56:00 | Sprechman & Fisher, P.A., 2775 Sunny Isles Boulevard, Suite 100, North Miami Beach, FL 33160-4078 |
| 12324050 | | Email/Text: ridpacer@twc.state.tx.us | Nov 28 2022 19:56:00 | TEXAS WORKFORCE COMMISSION, Regulatory Integrity Division, Collectio, 101 E 15th Street, Room 556, Austin TX 78778-0001 |
| 12322914 | + | Email/Text: bkfilings@zwickerpc.com | Nov 28 2022 19:56:00 | Zwicker & Associates, P.C., 14090 SW Freeway, |

District/off: 0541-4            User: ADIuser            Page 2 of 2

Date Rcvd: Nov 28, 2022            Form ID: pdf001            Total Noticed: 26

Suite 408, Sugar Land, TX 77478-3682

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12322902 | | Ibraham Olorogun |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12322903 | * | Internal Revenue Service, Insolvency Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G Peake | court@peakech13trustee.com |
| Emil R Sargent | on behalf of Debtor Sokona Diallo esargent3@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3