## United States Bankruptcy Court
### Southern District of Texas
#### Houston Division

In re **Sokona Diallo**  
Debtor(s)

Case No. **22-33351-H1-13**  
Chapter **13**

## DEBTOR'S CERTIFICATION
## REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name is Sokona Diallo . I am the debtor in the above-captioned bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the sixty (60) days before the date of filing of this bankruptcy petition. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: **December 24, 2022**.

*/s/ Sokona Diallo*  
Debtor