# Exhibit "A"
## Plan Summary for Proposed Plan

### Disposable Income and Plan Payments

| (A) Projected Schedule "I" Income (From most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (From most recently filed Schedule J) | (C) Projected Disposable Income (Column A minus Column B) | (D) Payment Amount to Trustee | (E) Beginning Month #[1] | (F) Ending Month# | (G) Payments for the Benefit of Creditors and for Reserves[2] | | (H) Savings Fund[3] Deposits Established Under Plan (Column D minus Column G) | | (I) Total Monthly Trustee Payments (Column D multiplied by number of months paid) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Per Month | Total | Per Month | Total | |
| 1,100.00 | 1,010.00 | 90.00 | 150.00 | 1 | 60 | 150.00 | 9,000.00 | 0.00 | 0.00 | 9,000.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | Grand Total | | | | 9,000.00 | | 0.00 | 9,000.00 |
| | | | Less Posted Chapter 13 Trustee Fee[4] | | | | 535.50 | | | |
| | | | Net Available to Creditors | | | | 8,464.5 | | | |

### Projected Trustee Disbursements to Secured Creditors

| Name of Holder | Description of Collateral | Claim | Plan Int. Rate | Monthly Payment Amount | Starting Month # | Ending Month # | Total |
|---|---|---|---|---|---|---|---|
| Holder's Name: **FNA 2019-1, LLC** Treated under Plan Section: **7** | **2016 Main Street Unit 101 Houston, TX 77002 Harris County** | 54,580.20 | | | | | |
| Check One: ☑ Surrendered ☐ Transferred ☐ Retained (paid direct) ☐ Retained (paid through Trustee)[5] | | | | | | | |
| Cure Claim | | | | | | | |
| 3002.1(c) Amount | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶8B) | | | | | | | |
| | | | | Total of Payments to Secured Creditors | | | 0.00 |

[1] This is the month in which the first payment is due for this amount. The Debtor(s) must commence payments not later than 30 days after the petition date.
[2] Reserves are established under Paragraph 23 of the Plan.
[3] Savings funds are funds established under Paragraph 22 of the Plan.
[4] The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.
[5] Amounts for Cure Claims, Monthly Payments, Total Debt Claims and Monthly Refinance Payments should be listed only if the box for "Retained (paid through Trustee)" is checked.

Revised September 15, 2022

**Projected Trustee Disbursements to Priority Creditors**

| Name of Holder | Nature of Priority (Taxes, Attorneys Fees, DSO, etc.) | Claim | Int. Rate | Monthly Payment Amount | Beg. Month # | End Month # | Total |
|---|---|---|---|---|---|---|---|
| Holder's Name: **Emil R. Sargent** Treated under Plan Section: **6** | **Attorney's Fees** | 1,813.00 | 0.00 | 37.00 | 1 | 49 | 1,813.00 |
| Holder's Name: **Internal Revenue Service** Treated under Plan Section: **6** | **Taxes and certain other debts owed to governmental units** | 5,000.00 | 0.00 | 102.04 | 1 | 49 | 5,000.00 |
| | | | | | | **Total of Payments to Priority Creditors** | **6,813.00** |

**Projected Trustee Reserve Funds**

| Reserve Fund Type (Ad Valorem Taxes, Insurance, HOA) | Total |
|---|---|
| | |
| **Total of Reserve Funds** | **0.00** |

**SUMMARY**

| | | |
|---|---|---|
| 1 | Total Payments to Trustee | **9,000.00** |
| 2 | Less Total Savings Fund Deposits | **0.00** |
| 3 | Net Trustee Payments (Line 1 minus line 2) | **9,000.00** |
| 4 | Less Posted Chapter 13 Trustee Fee | **535.50** |
| 5 | Less Total Payments by Trustee to Secured Creditors | **0.00** |
| 6 | Less Total Payments by Trustee to Priority Creditors (§§507(a)(1) - (a)(10) | **6,813.00** |
| 7 | Less Total Reserve Funds | **0.00** |
| 8 | Net Available for General Unsecured Creditors (Line 3 minus lines 4-7) | **1,651.50** |

**Unsecured Creditor Distribution Estimate**

| | | |
|---|---|---|
| 9 | Estimated Total General Unsecured Claims | **501,316.18** |
| 10 | Forecast % Dividend on General Unsecured Claims (Line 8 divided by line 9) | **0.00** |

**Best Interest of Creditors Test**

| | | |
|---|---|---|
| 11 | Total Non-Exempt Property | **0.00** |
| 12 | Total Distributions to Administrative, Priority and General Unsecured Creditors (Line 4 plus lines 6 plus line 8 plus any direct payments by Debtor(s) under the Plan in satisfaction of prepetition priority claims) | **9,000.00** |

Revised September 15, 2022