United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 27, 2022

Nathan Ochsner, Clerk

# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re  **Sokona Diallo**
Debtor(s)

Case No.  **22-33351-H1-13**
Chapter  **13**

## ORDER FOR EFT PAYMENTS (ONLINE BANKING) AND DEBTOR(S)' CERTIFICATION

On **December 24, 2022**, the Debtor(s) enrolled in the chapter 13 trustee's electronic funds transfer program (the "EFT Program"). The Debtor(s) submitted a certification of eligibility to enroll in the EFT (online banking) Program. The Debtor(s) understands that chapter 13 plan payments must be made by EFT (online banking) to the chapter 13 trustee.

The trustee's bank account information and instructions for initiating the transfer is available on the Court's website or from ,the trustee. The Debtor(s) is/are responsible for initiating the payment each month and the Debtor(s) bankruptcy case number must accompany each payment. If the chapter 13 trustee or a party in interest files a motion to dismiss the Debtor(s) case for non-payment, the Debtor(s) must provide documents from the Debtor(s) bank demonstrating that any disputed payment was sent by the Debtor(s) by EFT (online banking), It is therefore,

ORDERED that the Debtor(s) is/are ordered to pa $**150.00** each month to the chapter 13 Trustee by EFT (online banking). This amount must be increased or decreased by the Debtor(s) without further order to reflect the amounts due under any (i) amended proposed plan; (ii) proposed modification of a plan; or (iii) Notice of Plan Payment Adjustment, except to the extent stayed by Court order.

ORDERED that the Debtor(s) may not terminate the EFT (online banking) except as further ordered by the Court.

Signed: December 27, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

## DEBTOR'S CERTIFICATION OF ELIGIBILITY

The Debtor(s) certifies that the Debtor(s) is/are self-employed or does/do not receive wage or salary income in an amount equal to or greater than the Debtor(s)' monthly plan payment.

Date: **December 24, 2022**.

*/s/ Sokona Diallo*
Debtor

_____
Debtor (if joint)