IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SOKONA DIALLO | § | CASE NO. 22-33351 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**NOTICE OF APPEARANCE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Troy J. Wilson, Counsel for OKECHUKWU ANOHUA, and JUPITER LOUNGE, LLC., creditors herein in the above-numbered and styled Bankruptcy case and files this notice of appearance and asks to be noticed for all proceedings at the following address:

Troy J. Wilson, Attorney at Law
8019 West Grand Parkway South, #144
Richmond, Texas 77407
(281) 670-7557
Email address: tjwlaw777@yahoo.com

WHEREFORE, PREMISES CONSIDERED, this notice is hereby submitted to the court.

Respectfully submitted by Debtor on 6th day of January, 2023.

**TROY J. WILSON, ATTORNEY**

By: _____
Troy J. Wilson
SBOT # 00786356
8019 West Grand Parkway South, #144
Richmond, Texas 77407
(281) 670-7557
Email address: tjwlaw777@yahoo.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this notice of appearance has been served by either electronic notification or first class mail on the United States Trustee and to all parties of interested creditors and parties in this matter on this 6th day of January 2023.

\s\ Troy J. Wilson
Troy J. Wilson