**United States Bankruptcy Court**
**Southern District of Texas**
**Houston Division**

| | | | |
|---|---|---|---|
| In re  **Sokona Diallo** | | Case No. | **22-33351-H1-13** |
| | Debtor(s) | Chapter | **13** |

# NOTICE OF CONVERSION OF A CHAPTER 13 BANKRUPTCY TO CHAPTER 7 BANKRUPTCY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Sokona Diallo, Debtor(s) in the above-captioned case and files this Notice of Conversion of a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy pursuant to 11 U.S.C. Section 1307(a). In support thereof Debtor(s) would respectfully show the following:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. Section 1334.

2. This is a core proceeding under 28 U.S.C. Section 157.

3. Debtor(s) filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on or about November 9, 2022. The chapter 13 plan has not been confirmed.

4. The above-proceeding is now pending in this Court pursuant to Chapter 13 of Title 11 of the United States Code.

5. Pursuant to the provisions of 11 U.S.C. Sections 109(b) and 1307(a), the above-named Debtor(s) is eligible to convert to a proceeding under Chapter 7 of Title 11 of the United States Code.

6. This proceeding should be converted to a Chapter 7 for the following reasons:

    a. Debtor(s) is eligible under 11 U.S.C. Sections 109(b) and 1307(a);

    b. There have been no prior conversion filings; and

    c. Debtor(s) consents to the conversion from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy.

WHEREFORE, Debtor(s) prays that upon filing of this Notice of Conversion of a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy, this Court convert the above-proceeding to a case under Chapter 7 of Title 11 of the United Code.

|  |  | Respectfully submitted: |
|---|---|---|
| Date **January 6, 2023** | Signature | **/s/Emil R. Sargent** |

**Emil R. Sargent**
TBN: 17648750
2855 Mangum Road, Ste. A-569
Houston, Texas 77092
713.222.2299 - Telephone
713.224.6812 - Facsimile

Attorney for Debtor(s)

2