### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re:

    Sokona Diallo

        Debtor(s)

Case No. 22-33351-H1

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    David G. Peake, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>11/09/2022</u>.

2) The plan was confirmed on <u>NA</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5) The case was converted on <u>01/06/2023</u>.

6) Number of months from filing or conversion to last payment: <u>0</u>.

7) Number of months case was pending: <u>2</u>.

8) Total value of assets abandoned by court order: <u>$0.00</u>.

9) Total value of assets exempted: <u>NA</u>.

10) Amount of unsecured claims discharged without full payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |

Attorney fees paid and disclosed by debtor:     $2,662.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMADOU WANE | Unsecured | 325,149.75 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 4,522.96 | 4,522.96 | 4,522.96 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 39,169.27 | NA | NA | 0.00 | 0.00 |
| BRICKSTONE GROUP LLC | Unsecured | 23,043.01 | NA | NA | 0.00 | 0.00 |
| ESTATE OF SAMUEL CARRENO | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| GOLDMAN SACHS BANK | Unsecured | 9,702.02 | 9,702.02 | 9,702.02 | 0.00 | 0.00 |
| GOLDMAN SACHS BANK USA | Unsecured | 14,269.45 | NA | NA | 0.00 | 0.00 |
| HM SOUTHMORE LLC | Unsecured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Priority | 5,000.00 | NA | NA | 0.00 | 0.00 |
| IRWIN FUNDING LLC | Unsecured | 30,825.00 | NA | NA | 0.00 | 0.00 |
| JUPITER LOUNG LLC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 562.42 | 562.42 | 562.42 | 0.00 | 0.00 |
| MERCHANT CAPITAL GROUP LLC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGMENT INC | Unsecured | 9,566.84 | NA | NA | 0.00 | 0.00 |
| OKECHUKWU CHIBUZO ONUOHA | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PEARL DELTA FUNDING LLC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 4,498.46 | 4,498.46 | 4,498.46 | 0.00 | 0.00 |
| SYNCB/CARE CREDIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE/T MOBILE USA INC | Unsecured | 2,081.00 | 2,081.00 | 2,081.00 | 0.00 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Unsecured | 7,866.00 | 7,866.00 | 7,866.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$29,232.86** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/11/2023                          By: /s/ David G. Peake
                                                            Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing Trustee's Final Report has been served  electronically on all parties requesting electronic notice and has been served on the listed parties (if listed) by mailing a copy of same to the address listed below via first class mail January 11, 2023.

/s/ David G. Peake
David G. Peake
Chapter 13 Trustee

Sokona Diallo
21826 Paril Creek Drive
Houston, TX  77073

EMIL SARGENT
2855 MANGUM ROAD
SUITE A-569
HOUSTON, TX  77092

OFFICE OF THE US TRUSTEE
515 RUSK AVE.
STE 3516
HOUSTON, TX 77002

**UST Form 101-13-FR-S (09/01/2009)**