**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 27, 2023
Nathan Ochsner, Clerk

In Re: Sokona Diallo
Debtor

Case No.: 22−33351

Chapter: 7

---

**NOTICE OF FINANCIAL MANAGEMENT COURSE REQUIREMENT**

As provided by 11 U.S.C. § 727(a)(11), the Court will not grant a discharge of debts in this case until Debtors complete an approved instructional course concerning personal financial management. Debtors must complete a financial management course and file proof of completion with the court by April 10, 2023 or this case will be closed without entry of discharge thirty days after the Trustee files a final report and account. Once the case is closed, Debtors will be required to pay a reopening fee in order to file the proof of course completion and receive a discharge.

**NOTE: This financial management course requirement is in addition to the pre−bankruptcy credit counseling briefing under 11 U.S.C. § 109 (h).**

A list of financial management course providers is maintained on the court's website: www.txs.uscourts.gov under bankruptcy court information, and on the United States Trustee's website: www.usdoj.gov/ust.

Date: March 27, 2023

Nathan Ochsner
Clerk of Court