**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 27, 2023

Nathan Ochsner, Clerk

In Re: Sokona Diallo
Debtor

Case No.: 22−33351

Chapter: 7

---

### NOTICE OF FINANCIAL MANAGEMENT COURSE REQUIREMENT

As provided by 11 U.S.C. § 727(a)(11), the Court will not grant a discharge of debts in this case until Debtors complete an approved instructional course concerning personal financial management. Debtors must complete a financial management course and file proof of completion with the court by April 10, 2023 or this case will be closed without entry of discharge thirty days after the Trustee files a final report and account. Once the case is closed, Debtors will be required to pay a reopening fee in order to file the proof of course completion and receive a discharge.

**NOTE: This financial management course requirement is in addition to the pre−bankruptcy credit counseling briefing under 11 U.S.C. § 109 (h).**

A list of financial management course providers is maintained on the court's website: www.txs.uscourts.gov under bankruptcy court information, and on the United States Trustee's website: www.usdoj.gov/ust.

Date: March 27, 2023

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court

Southern District of Texas

In re:  Case No. 22-33351-mi

Sokona Diallo  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2023 | Form ID: ntcfinmg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sokona Diallo, 21826 Paril Creek Drive, Houston, TX 77073-1619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023      Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emil R Sargent | on behalf of Debtor Sokona Diallo esargent3@gmail.com |
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov |
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Jeannie Lee Andresen | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com  chymel@dorelaw.com |
| Tara LeDay | on behalf of Creditor FNA 2019-1  LLC tara.leday@chamberlainlaw.com, tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com; aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb |

| | | |
|---|---|---|
| District/off: 0541-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 27, 2023 | Form ID: ntcfinmg | Total Noticed: 1 |

Troy J Wilson
        on behalf of Creditor OKECHUKWU Anohua tjwlaw777@yahoo.com rmcca40@aol.com

US Trustee
        USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 7