Exhibit 1

# Mayer, Simon

| | |
|---|---|
| **From:** | Mayer, Simon |
| **Sent:** | Thursday, March 2, 2023 5:44 PM |
| **To:** | 'Emil Sarget'; 'esargent3@gmail.com' |
| **Cc:** | Janet S. Northrup; 'Jose L. Nieto' |
| **Subject:** | In re Sokona Diallo (Case No. 22-33351) - Bank Account Information |

Mr. Sargent,

The Trustee has identified the following bank accounts in which it appears Ms. Sokona Diallo has an interest.

| Bank | Account No. |
|---|---|
| Bank of America | X3932 |
| Bank of America | X6433 |
| Bank of America | X6446 |
| Bank of America | X1123 |
| Bank of America | X0040 |
| Bank of America | X4770 |
| Bank of America | X4778 |
| Wells Fargo | X8291 |
| BBVA | X0923 |
| Chase | X4124 |

For each of the above identified accounts, please have Ms. Diallo provide all bank statements from January 1, 2020 though her bankruptcy case's conversion date (i.e., January 1, 2023) or the date the account was closed. Would you please have Ms. Diallo provide the following information for each account:

1. If account is closed, the date account was closed;
2. If the account was opened after January 1, 2020, then the date the account was opened; and
3. Whether the bank account was a business or personal account, or a combination of the two.

Further, to the extent there are any other bank accounts in which Ms. Diallo has or had an interest between January 1, 2020 and the conversion date, please have her identify those accounts and provide the above requested information for those accounts, including bank statements.

Please have Ms. Diallo provide the above-requested information by 5:00 p.m. (central) on Friday, March 10, 2023.

I can be available to discuss the above request at your convenience.

Regards,

Simon R. Mayer
Partner
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, Texas  77002
T: 713-226-1507
M: 832-741-1449
F: 713-229-2675
Simon.Mayer@lockelord.com

1