**Exhibit 3**

# Mayer, Simon

| | |
|---|---|
| **From:** | Mayer, Simon |
| **Sent:** | Tuesday, April 4, 2023 1:35 PM |
| **To:** | 'esargent3@gmail.com' |
| **Cc:** | 'Janet S. Northrup'; 'Jose L. Nieto' |
| **Subject:** | In re Sokona Diallo (Case No. 22-33351) - 2016 Main Street, Unit 101 |
| **Attachments:** | Diallo - 2021 Trustee Deed-c.pdf |

Mr. Sargent,

The Trustee requests that Ms. Diallo produce any and all documents related to her ownership interest in 2016 Main Street, Unit 101, Houston, Texas 77002. This requests includes (i) any and all documents related to the purchase or acquisition of her interest in the property, (ii) documents related to FNA 2019-1, LLC security interest in the property that Ms. Diallo listed in her schedules, (iii) any and all bank statements reflecting amounts she paid for her purchase or acquisition of her interest in the property, (iv) any and all documents related to the purported foreclosure of here interest as reflected in the attached Trustee's Deed (RP-2021-306055), and (v) her relationship with Main STK, LLC, the other purported owner of the property listed on the attached Trustee's Deed.

Please have Ms. Diallo produce the requested documents by <u>5:00 p.m. on Wednesday, April 12, 2023</u>.

I am available to discuss the above requests at your convenience.

Regards,

Simon R. Mayer
Partner
**Locke Lord LLP**
600 Travis Street, Suite 2800
Houston, Texas  77002
T: 713-226-1507
M: 832-741-1449
F: 713-229-2675
Simon.Mayer@lockelord.com