# Mayer, Simon

| | |
|---|---|
| **From:** | Mayer, Simon |
| **Sent:** | Thursday, April 6, 2023 8:51 AM |
| **To:** | 'Emil Sargent' |
| **Cc:** | 'Janet S. Northrup'; 'Jose L. Nieto' |
| **Subject:** | RE: In re Sokona Diallo (Case No. 22-33351) - 2016 Main Street, Unit 101 |
| **Attachments:** | Retail at 2016 Main LLC - 2016 Main St #101 77002 UNRECORDED SWD.pdf |

Mr. Sargent,

As a supplement to my email below, please also have Ms. Diallo produce complete copies of the following documents:

1. *Special Warranty Deed with Vendor's Lien* between Main STK, LLC and Sokona Diallo dated July 31, 2020; and
2. *Seller Finance Agreement* between Main STK, LLC and Sokona Diallo dated July 31, 2020.

Partial copies of the above two documents are included in the attached pdf for Ms. Diallo's reference.

Regards,

Simon R. Mayer
Locke Lord LLP
T: 713-226-1507
Simon.Mayer@lockelord.com

---

**From:** Mayer, Simon
**Sent:** Tuesday, April 4, 2023 1:35 PM
**To:** 'esargent3@gmail.com' <esargent3@gmail.com>
**Cc:** 'Janet S. Northrup' <jsn@hwa.com>; 'Jose L. Nieto' <JLNieto@hwa.com>
**Subject:** In re Sokona Diallo (Case No. 22-33351) - 2016 Main Street, Unit 101

Mr. Sargent,

The Trustee requests that Ms. Diallo produce any and all documents related to her ownership interest in 2016 Main Street, Unit 101, Houston, Texas 77002. This requests includes (i) any and all documents related to the purchase or acquisition of her interest in the property, (ii) documents related to FNA 2019-1, LLC security interest in the property that Ms. Diallo listed in her schedules, (iii) any and all bank statements reflecting amounts she paid for her purchase or acquisition of her interest in the property, (iv) any and all documents related to the purported foreclosure of here interest as reflected in the attached Trustee's Deed (RP-2021-306055), and (v) her relationship with Main STK, LLC, the other purported owner of the property listed on the attached Trustee's Deed.

Please have Ms. Diallo produce the requested documents by 5:00 p.m. on Wednesday, April 12, 2023.

I am available to discuss the above requests at your convenience.

Regards,

Simon R. Mayer
Partner
Locke Lord LLP

600 Travis Street, Suite 2800
Houston, Texas  77002
T: 713-226-1507
M: 832-741-1449
F: 713-229-2675
Simon.Mayer@lockelord.com