IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | Chapter 7 |
| **SOKONA DIALLO** | § § | Case No. 22-33351 (MI) |
| **Debtor.** | § § § | |

**NOTICE OF HEARING ON THE TRUSTEE'S
MOTION TO COMPEL AND FOR SANCTIONS**
(Related to Docket No. 45 & 46)

**PLEASE TAKE NOTICE** that on May 10, 2023, Janet S. Northrup, the Chapter 7 Trustee for the above-captioned bankruptcy estate (the "***Trustee***") filed her *Motion to Compel and for Sanctions* [Docket No. 45] (the "***Motion to Compel***").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Compel has been set for **June 20, 2023 at 11:00 a.m. (Central Prevailing Time) in Courtroom 404, 4th floor, 515 Rusk, Houston, TX 77002**.

**PLEASE TAKE FURTHER NOTICE** that any exhibit offered by the Trustee will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel for the Trustee.

**PLEASE TAKE FURTHER NOTICE** that if any party wishes to offer exhibits, the exhibits must be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Dated:  May 24, 2023

Respectfully submitted,

By: */s/ Simon R. Mayer*
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
Email: simon.mayer@lockelord.com

***Attorneys for Janet S. Northrup,
Chapter 7 Trustee***

### Certificate of Service

The undersigned certifies that this Notice was served electronically on May 24, 2023 via the Court's Electronic Case Filing System on those parties registered to receive such service in this bankruptcy case, including the Debtor's attorney.

*/s/ Simon R. Mayer*
Simon R. Mayer