UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **SOKONA DIALLO** | § § § | **Case No. 22-33351 (MI)** |
| **Debtor.** | § § § § § § § § § § § § | **Hearing Date:** June 20, 2023<br>**Hearing Time:** 11:00 a.m. (CST)<br>**Location:** United States Courthouse<br>Courtroom 404, 4th Floor<br>515 Rusk<br>Houston, Texas 77002<br>**Judge Presiding:** Marvin Isgur |

### TRUSTEE'S COMBINED WITNESS AND EXHIBIT LIST

Janet S. Northrup, the Chapter 7 Trustee for the above-captioned bankruptcy estate (the "*Trustee*") submits the following combined Witness and Exhibit List for the electronic hearing scheduled on **June 20, 2023, at 11:00 a.m. (CST)**, before the Honorable Marvin Isgur, United States Bankruptcy Judge.

### WITNESS LIST

1. Janet S. Northrup, Chapter 7 Trustee;

2. Sokona Diallo, Debtor;

3. Emil Sargent, Counsel for Debtor;

4. Any witness designated or called by any party; and

5. Any witness required for rebuttal.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Email between Simon Mayer and Emil Sargent, dated March 2, 2023 [Docket No. 43-1] | | | | |
| 2. | Email between Simon Mayer and Emil Sargent, dated April 4, 2023 [Docket No. 43-2] | | | | |
| 3. | Email between Simon Mayer and Emil Sargent, dated April 4, 2023 [Docket No. 43-3] | | | | |
| 4. | Email between Simon Mayer and Emil Sargent, dated April 6, 2023 [Docket No. 43-4] | | | | |
| 5. | Email between Simon Mayer and Emil Sargent, dated June 8, 2023 | | | | |
| 6. | Email between Emil Sargent and Simon Mayer, dated June 8, 2023 | | | | |
| | Any rebuttal or impeachment exhibits. | | | | |
| | Any demonstrative exhibits. | | | | |
| | Any exhibit identified or offered by any other party | | | | |
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | |

The Trustee reserves the right to modify, amend, or supplement this Witness and Exhibit List at its discretion at any time prior to hearing on these matters.

Respectfully submitted,

*/s/ Simon R. Mayer*
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
Email: simon.mayer@lockelord.com

***Attorney for Catherine S. Curtis,
Chapter 7 Trustee***

### Certificate of Service

I certify that, on June 15, 2023, a true and correct copy of the foregoing Exhibit and Witness List and the corresponding exhibits, if any, were served on all parties who receive service in this jointly administered chapter 7 case via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Simon R. Mayer*
Simon R. Mayer