Exhibit 2

## Mayer, Simon

| | |
|---|---|
| **From:** | Mayer, Simon |
| **Sent:** | Tuesday, April 4, 2023 11:22 AM |
| **To:** | 'Emil Sarget'; 'esargent3@gmail.com' |
| **Cc:** | 'Janet S. Northrup'; 'Jose L. Nieto' |
| **Subject:** | RE:  In re Sokona Diallo (Case No. 22-33351) - Bank Account Information |

Mr. Sargent,

I am writing with respect to the Trustee's prior written request (see below) related to bank statements for bank accounts in which Ms. Diallo (the Debtor) had an interest.  To date, Ms. Diallo has provided the following statements:

| Bank | Account No. | Statement Dates |
|---|---|---|
| Bank of America | X6433 | Feb 2021 – Dec 2021 |
| Wells Fargo | X8291 | May 2020 – May 2021 |
| Bank of America | X8495 | Nov 2019 – May 2020 |
| Bank of America | X2401 | Oct 2021 – May 2022 |
| Bank of America | X 1611 | July 2021 – Sept 2021 |

However, Ms. Diallo has not produced any documentation for the following accounts nor has she provided any explanation why such information has not been provided:

| Bank | Account No. | Statement Dates |
|---|---|---|
| Bank of America | X3932 | |
| Bank of America | X6446 | |
| Bank of America | X1123 | |
| Bank of America | X0040 | |
| Bank of America | X4770 | |
| Bank of America | X4778 | |
| BBVA | X0923 | |
| Chase | X4124 | |

With respect to the bank accounts Ms. Diallo did produce, she did not provide the following information for each account:

1. If account is closed, the date account was closed;
2. If the account was opened before January 1, 2020, then the date the account was opened; and
3. Whether the bank account was a business or personal account, or a combination of the two.

These requests have been pending for more than a month.  Have Ms. Diallo provide the above requested information and bank statements to the Trustee by close of business on Friday, April 7, 2023.  If Ms. Diallo is waiting on a bank to provide such documentation, have her provide proof of her request and the bank's response.

Remind Ms. Diallo of her duties to cooperate and provide the trustee with the necessary information so that she may perform her duties under the Code as set forth in 11 U.S.C.  521.  Please inform Ms. Diallo that if the requested information is not produced by the deadline, the Trustee reserves her right to petition the Bankruptcy Court to compel such production and to reimburse the estate for doing so.

I am available to discuss the above requests at your convenience.

Regards,

Simon R. Mayer
Locke Lord LLP
T: 713-226-1507
Simon.Mayer@lockelord.com

---

**From:** Mayer, Simon
**Sent:** Wednesday, March 15, 2023 3:35 PM
**To:** 'Emil Sarget' <esargent@excite.com>; 'esargent3@gmail.com' <esargent3@gmail.com>
**Cc:** 'Janet S. Northrup' <jsn@hwa.com>; 'Jose L. Nieto' <JLNieto@hwa.com>
**Subject:** RE: In re Sokona Diallo (Case No. 22-33351) - Bank Account Information

Mr. Sargent,

Please advise on the status of the Trustee's prior requests below.  If we do not receive a response by close of business tomorrow, March 16, 2023, the Trustee will file a motion to compel with the Court.

I'm am available to discuss at your convenience.

Regards,

Simon R. Mayer
Locke Lord LLP
T: 713-226-1507
Simon.Mayer@lockelord.com

---

**From:** Mayer, Simon
**Sent:** Saturday, March 11, 2023 3:21 PM
**To:** 'Emil Sarget' <esargent@excite.com>; 'esargent3@gmail.com' <esargent3@gmail.com>
**Cc:** 'Janet S. Northrup' <jsn@hwa.com>; 'Jose L. Nieto' <JLNieto@hwa.com>
**Subject:** RE: In re Sokona Diallo (Case No. 22-33351) - Bank Account Information

Mr. Sargent,

I wanted to follow up on my below request for bank account documents and related information.  Please advise as to the status of these outstanding requests.

Regards,

Simon R. Mayer
Locke Lord LLP
T: 713-226-1507
Simon.Mayer@lockelord.com

---

**From:** Mayer, Simon
**Sent:** Thursday, March 2, 2023 5:44 PM
**To:** 'Emil Sarget' <esargent@excite.com>; 'esargent3@gmail.com' <esargent3@gmail.com>

**Cc:** Janet S. Northrup <jsn@hwa.com>; 'Jose L. Nieto' <JLNieto@hwa.com>
**Subject:** In re Sokona Diallo (Case No. 22-33351) - Bank Account Information

Mr. Sargent,

The Trustee has identified the following bank accounts in which it appears Ms. Sokona Diallo has an interest.

| Bank | Account No. |
| --- | --- |
| Bank of America | X3932 |
| Bank of America | X6433 |
| Bank of America | X6446 |
| Bank of America | X1123 |
| Bank of America | X0040 |
| Bank of America | X4770 |
| Bank of America | X4778 |
| Wells Fargo | X8291 |
| BBVA | X0923 |
| Chase | X4124 |

For each of the above identified accounts, please have Ms. Diallo provide all bank statements from January 1, 2020 though her bankruptcy case's conversion date (i.e., January 1, 2023) or the date the account was closed.  Would you please have Ms. Diallo provide the following information for each account:

1. If account is closed, the date account was closed;
2. If the account was opened after January 1, 2020, then the date the account was opened; and
3. Whether the bank account was a business or personal account, or a combination of the two.

Further, to the extent there are any other bank accounts in which Ms. Diallo has or had an interest between January 1, 2020 and the conversion date, please have her identify those accounts and provide the above requested information for those accounts, including bank statements.

Please have Ms. Diallo provide the above-requested information by 5:00 p.m. (central) on Friday, March 10, 2023.

I can be available to discuss the above request at your convenience.

Regards,

Simon R. Mayer
Partner
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, Texas  77002
T: 713-226-1507
M: 832-741-1449
F: 713-229-2675
Simon.Mayer@lockelord.com