**Exhibit 5**

# Mayer, Simon

| | |
|---|---|
| **From:** | Mayer, Simon |
| **Sent:** | Thursday, June 8, 2023 9:27 AM |
| **To:** | 'Emil Sargent' |
| **Subject:** | RE: CASE NO. 22-33351-H1-7; IN RE SOKONA DIALLO |

Mr. Sargent,

Received. Are there any other vehicle documents outstanding from the Trustee's prior requests?

Regards,

Simon R. Mayer
Locke Lord LLP
T: 713-226-1507
Simon.Mayer@lockelord.com

---

**From:** Emil Sargent <law.e@sbcglobal.net>
**Sent:** Wednesday, June 7, 2023 10:42 PM
**To:** Mayer, Simon <Simon.Mayer@lockelord.com>; Emil Sargent <law.e@sbcglobal.net>
**Subject:** CASE NO. 22-33351-H1-7; IN RE SOKONA DIALLO

**\*\* External Email -- Sender:** law.e@sbcglobal.net **\*\***

Dear Mr. Mayer:

Attached please find the following relative to the above-captioned matter:

1. Application to AutoDynamics;

2. Lease for 2019 Mercedes-Benz E-Class;

3. Notice of Right to Redeem;

4. March bank statement or Well Fargo account #8291; and

5. April bank statement for Wells Fargo account #8291.

Please send me a reply email acknowledging receipt of these documents.

E. Sargent