## Mayer, Simon

| | |
|---|---|
| **From:** | Emil Sargent <law.e@sbcglobal.net> |
| **Sent:** | Thursday, June 8, 2023 11:23 AM |
| **To:** | Mayer, Simon |
| **Subject:** | Re: CASE NO. 22-33351-H1-7; IN RE SOKONA DIALLO |

**\*\* External Email -- Sender: law.e@sbcglobal.net \*\***

Dear Mr. Mayer:

There were inquiries with respect to six automobiles:

1.  2020, Lamborghine Urus - We provided the application and confirmation of lease.
2.  2020, Rolls Royce Cullinan - We provided the application, confirmation of lease and Notice of Right to Redeem.
3.  2019, Mercedez-Benz E-Class; We provided the lease order.
4.  2018, Mercedez-Benz GLE - I have not provided the application.
5.  2018, Mercedez-Benz G-Wagon - I have not provided the application.
6.  2017, Porsche, Cayenne - I have not provided any information.

The automobiles listed under numbers 4, 5 and 6, the documents remain outstanding.

E. Sargent

On Wednesday, June 7, 2023 at 10:41:49 PM CDT, Emil Sargent <law.e@sbcglobal.net> wrote:

Dear Mr. Mayer:

Attached please find the following relative to the above-captioned matter:

1.  Application to AutoDynamics;

2.  Lease for 2019 Mercedes-Benz E-Class;

3.  Notice of Right to Redeem;

4.  March bank statement or Well Fargo account #8291; and

5.  April bank statement for Wells Fargo account #8291.

Please send me a reply email acknowledging receipt of these documents.

E. Sargent