United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 7 |
| SOKONA DIALLO | | Case No. 22-33351 (MI) |
| Debtor. | | |

### ORDER GRANTING TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS
(Relates to Docket No. 43 )

The Court has considered the *Motion to Compel and for Sanctions* (the "**Motion**") filed by Janet S. Northup, the chapter 7 trustee for the above-referenced bankruptcy estate (the "**Trustee**").

The Court, having reviewed the Motion, having considered the statements therein, and having held a hearing on the Motion on June 20, 2023, finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was sufficient or not required under the circumstances.  Having considered the evidence, arguments of counsel, and responses, if any, the Court is of the opinion that the Motion is meritorious and establishes sufficient grounds for the relief requested therein.  Accordingly, it is

**ORDERED** that Sokona Diallo must, no later than 5:00 p.m. (Houston time) on July 5, 2023, produce to the Trustee the following:

    i.    All documents, including but not limited to lease agreements, purchase agreements, and invoices, on all vehicles the Debtor, or any of the entities she has an interest in, leased or purchased within the four years prior to November 9, 2022 (the "***Petition Date***").

    ii.    All documents on all vehicles the Debtor, or any of the entities she has an interest in, that were repossessed within the four years prior to the Petition Date.

133559015v.1

It is further

**ORDERED** that within two (2) business days after entry of this Order Counsel for the Trustee shall file and serve on counsel for the Debtor a detailed statement setting forth the requested attorney's fees and expenses incurred in drafting and prosecuting the Motion. It is further

**ORDERED** that if no objection is filed within five (5) business days thereafter, the requested fees and expenses will be deemed reasonable and allowed as filed. It is further

**ORDERED** that if the Debtor timely files an objection specifically identifying (i) the time entries to which she objects; and (ii) the basis for the objection, the Court will hold an evidentiary hearing on **July 25, 2023 at 11:00 a.m. (Central) in Courtroom 404, 4th floor, 515 Rusk, Houston, TX 77002** to determine the appropriate amount of attorney's fees and expenses. It is further

**ORDERED** that if the fees and expenses are allowed, the Debtor shall pay the allowed amounts no later than ten (10) business days after entry of this Order. And it is further

**ORDERED** that this Court retains jurisdiction to hear and adjudicate any dispute that may arise in connection with this Order.

Signed: June 26, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM:**

| | |
|---|---|
| */s/ Simon R. Mayer* | |
| Simon R. Mayer | Emil R. Sargent |
| Texas Bar Number 24060243 | TBN: 17648750 |
| **Locke Lord LLP** | 2855 Mangum Road, Ste. A-569 |
| 600 Travis Street, Suite 2800 | Houston, TX 77092 |
| Houston, TX 77002 | 713.222.2299 - Telephone |
| Telephone: 713-226-1200 | 713.224-6812 |
| Facsimile: 713-226-3717 | |
| Email: simon.mayer@lockelord.com | Attorney for Debtor |

***Attorney for Janet S. Northrup,
Chapter 7 Trustee***

3

133559015v.1

**AGREED AS TO FORM:**

_____
Simon R. Mayer
Texas Bar Number 24060243
**Locke Lord LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: simon.mayer@lockelord.com

*Attorney for Janet S. Northrup,*
*Chapter 7 Trustee*

/s/ Emil R. Sargent
Emil R. Sargent
TBN: 17648750
2855 Mangum Road, Ste. A-569
Houston, TX 77092
713.222.2299 - Telephone
713.224-6812

Attorney for Debtor