IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| SOKONA DIALLO | § § | Case No. 22-33351 (MI) |
| Debtor. | § § § | |

### NOTICE OF DETAILED STATEMENT REQUIRED PURSUANT TO ORDER GRANTING TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS
(Related to Docket Nos. 43 and 59)

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit 1** is the detailed statement setting forth the Trustee's requested attorney's fees and expenses incurred in the drafting and prosecution of the *Trustee's Motion to Compel and for Sanctions* [Docket No. 43] and filed pursuant to the Court's *Order Granting Trustee's Motion to Compel and for Sanctions* [Docket No. 59].

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed within five (5) business days of the date of this Notice, the requested fees and expenses will be deemed reasonable and allowed as filed.

**PLEASE TAKE FURTHER NOTICE** that if the Debtor timely files an objection specifically identifying (i) the time entries to which she objects; and (ii) the basis for the objection, the Court will hold an evidentiary hearing on **July 25, 2023 at 11:00 a.m. (Central)** in Courtroom 404, 4th floor, 515 Rusk, Houston, TX 77002 to determine the appropriate amount of attorney's fees and expenses.

**PLEASE TAKE FURTHER NOTICE** that if the fees and expenses are allowed, the Debtor shall pay the allowed amounts no later than July 10, 2023.

Dated:  June 28, 2023

1

Respectfully submitted,

By: */s/ Simon R. Mayer*
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
Email: simon.mayer@lockelord.com

***Attorney for Janet S. Northrup,
Chapter 7 Trustee***

### Certificate of Service

The undersigned certifies that this Notice was served electronically on June 28, 2023 via the Court's Electronic Case Filing System on those parties registered to receive such service in this bankruptcy case, including counsel for the Debtor.

*/s/ Simon R. Mayer*
Simon R. Mayer



600 Travis, Suite 2800  
Houston, TX 77002  
Telephone:  (713) 226-1200  
Fax:  (713) 223-3717  
www.lockelord.com  
Tax ID: ████4324

Janet S. Northrup, Ch. 7 Trustee  
c/o HughesWattersAskanse  
1201 Louisiana  
28th Floor  
Houston, TX 77002

June 28, 2023  
Invoice No.: 1797568

---

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through June 23, 2023      $2,612.50

File Number:    0029566.00013  
Re:    Diallo. Sokona

| Date | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/20/23 | Gather correspondence and begin working on motion to compel debtor to produce previously requested documents. | SRM | 1.60 | 760.00 |
| 04/21/23 | Work on motion to compel, related order (1.2) and exhibits (.3). Prepare same for filing and send to Trustee for final approval (.1). | SRM | 1.60 | 760.00 |
| 05/01/23 | Phone call with counsel for Debtor regarding documents delivered from debtor and issue with vehicle leases and financial statements. | SRM | 0.10 | 47.50 |
| 05/09/23 | Analyze email from counsel for Debtor, phone call with same regarding deficiencies in documents requested by Trustee. | SRM | 0.30 | 142.50 |
| 06/08/23 | Acknowledge receipt of documents and inquire of Debtor's counsel regarding remaining document requests. | SRM | 0.10 | 47.50 |
| 06/15/23 | Work on Witness and Exhibit List and prepare exhibits for hearing. | SRM | 0.30 | 142.50 |
| 06/16/23 | Email client regarding hearing on June 20, 2023. (No Charge) | SRM | 0.00 | 0.00 |
| 06/16/23 | Phone call with Trustee regarding hearing on motion to compel, email same withe relevant materials. (No Charge) | SRM | 0.00 | 0.00 |
| 06/20/23 | Prepare for hearing on Trustee's motion to compel. | SRM | 0.50 | 237.50 |
| 06/20/23 | Attend hearing on motion to compel. | SRM | 0.60 | 285.00 |
| 06/20/23 | Draft proposed order based on comments from court, email same to counsel for debtor for sign off. | SRM | 0.30 | 142.50 |
| 06/23/23 | Email debtor's counsel follow up regarding proposed order from motion to compel hearing. | SRM | 0.10 | 47.50 |

Atlanta • Austin • Boston • Brussels • Chicago • Cincinnati • Dallas • Hartford • Houston • London • Los Angeles • Miami • Newark  
New Orleans • New York • Providence • San Antonio • San Francisco • Stamford • Washington DC • West Palm Beach

**Exhibit 1**

Janet S. Northrup, Ch. 7 Trustee  
File No.:  0029566.00013

Invoice Date: June 28, 2023  
Invoice No.: 1797568  
Page: 2

| **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|
| | | 5.50 | $2,612.50 |

**TOTAL FEES** $2,612.50

**TIMEKEEPER SUMMARY:**

**B190   Other Contested Ma**

| | | | HOURS | VALUE |
|---|---|---|---|---|
| S.R. Mayer | Partner | $475.00 | 5.50 | $2,612.50 |
| | | | 5.50 | $2,612.50 |

**TIMEKEEPER SUMMARY TOTALS** 5.50 $2,612.50

TOTAL FEES $2,612.50

**PLEASE REMIT PAYMENT:**

| <u>Via US Mail:</u> | <u>Via ACH:</u> | <u>Via Wire:</u> |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 301170 | Account: ███████3546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75303-1170 | Account Name: Locke Lord LLP | Account: ███████3546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call S.R. Mayer of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department (713) 226-1129 can answer questions concerning payments on your account.

**Exhibit 1**