United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| SOKONA DIALLO | § § | Case No. 22-33351 (MI) |
| Debtor. | § § § | |

### ORDER GRANTING TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS
(Relates to Docket No. 43 )

The Court has considered the *Motion to Compel and for Sanctions* (the "**Motion**") filed by Janet S. Northup, the chapter 7 trustee for the above-referenced bankruptcy estate (the "**Trustee**").

The Court, having reviewed the Motion, having considered the statements therein, and having held a hearing on the Motion on June 20, 2023, finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was sufficient or not required under the circumstances.  Having considered the evidence, arguments of counsel, and responses, if any, the Court is of the opinion that the Motion is meritorious and establishes sufficient grounds for the relief requested therein.  Accordingly, it is

**ORDERED** that Sokona Diallo must, no later than 5:00 p.m. (Houston time) on July 5, 2023, produce to the Trustee the following:

    i.    All documents, including but not limited to lease agreements, purchase agreements, and invoices, on all vehicles the Debtor, or any of the entities she has an interest in, leased or purchased within the four years prior to November 9, 2022 (the "***Petition Date***").

    ii.   All documents on all vehicles the Debtor, or any of the entities she has an interest in, that were repossessed within the four years prior to the Petition Date.

It is further

**ORDERED** that within two (2) business days after entry of this Order Counsel for the Trustee shall file and serve on counsel for the Debtor a detailed statement setting forth the requested attorney's fees and expenses incurred in drafting and prosecuting the Motion. It is further

**ORDERED** that if no objection is filed within five (5) business days thereafter, the requested fees and expenses will be deemed reasonable and allowed as filed. It is further

**ORDERED** that if the Debtor timely files an objection specifically identifying (i) the time entries to which she objects; and (ii) the basis for the objection, the Court will hold an evidentiary hearing on **July 25, 2023 at 11:00 a.m. (Central) in Courtroom 404, 4th floor, 515 Rusk, Houston, TX 77002** to determine the appropriate amount of attorney's fees and expenses. It is further

**ORDERED** that if the fees and expenses are allowed, the Debtor shall pay the allowed amounts no later than ten (10) business days after entry of this Order. And it is further

**ORDERED** that this Court retains jurisdiction to hear and adjudicate any dispute that may arise in connection with this Order.

Signed: June 26, 2023

_____<br>
Marvin Isgur<br>
United States Bankruptcy Judge

2

133559015v.1

**AGREED AS TO FORM:**

*/s/ Simon R. Mayer*
Simon R. Mayer
Texas Bar Number 24060243
**Locke Lord LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: simon.mayer@lockelord.com

***Attorney for Janet S. Northrup,
Chapter 7 Trustee***

Emil R. Sargent
TBN: 17648750
2855 Mangum Road, Ste. A-569
Houston, TX 77092
713.222.2299 - Telephone
713.224-6812

Attorney for Debtor

**AGREED AS TO FORM:**

_____  
Simon R. Mayer  
Texas Bar Number 24060243  
**Locke Lord LLP**  
600 Travis Street, Suite 2800  
Houston, TX 77002  
Telephone: 713-226-1200  
Facsimile: 713-226-3717  
Email: simon.mayer@lockelord.com  

*Attorney for Janet S. Northrup,*  
*Chapter 7 Trustee*

*Emil R. Sargent* (signature)  
Emil R. Sargent  
TBN: 17648750  
2855 Mangum Road, Ste. A-569  
Houston, TX 77092  
713.222.2299 - Telephone  
713.224-6812  

Attorney for Debtor

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-33351-mi
Sokona Diallo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Jun 26, 2023      Form ID: pdf002      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sokona Diallo, 21826 Paril Creek Drive, Houston, TX 77073-1619 |
| cr | + | FNA 2019-1, LLC, c/o Chamberlain Hrdlicka, Attn: Tara LeDay, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 26 2023 20:12:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Jeannie Lee Andresen, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 26 2023 20:22:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OKECHUKWU Anohua |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emil R Sargent | on behalf of Debtor Sokona Diallo esargent3@gmail.com |

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Jun 26, 2023 | Form ID: pdf002 | Total Noticed: 4

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Janet S Casciato-Northrup
jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

Jeannie Lee Andresen
on behalf of Creditor Harris County houston_bankruptcy@lgbs.com  chymel@dorelaw.com

Simon Richard Mayer
on behalf of Trustee Janet S Casciato-Northrup simon.mayer@lockelord.com  Autodocket@lockelord.com

Tara LeDay
on behalf of Creditor FNA 2019-1 LLC tara.leday@chamberlainlaw.com, tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb

Troy J Wilson
on behalf of Creditor OKECHUKWU Anohua tjwlaw777@yahoo.com  rmcca40@aol.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 8