IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re

SOKONA DIALLO

Debtors.

In Chapter 7 Proceeding
Case No. 22-33351

**REQUEST TO DISCONTINUE SERVICE OF NOTICES**

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 11/10/2022 Docket Number 3.

Dated: This 8th day of July, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

EMIL R SARGENT
Attorney

JANET S CASCIATO-NORTHRUP
Chapter 7 Trustee

Dated: This 8th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257