United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SOKONA DIALLO | § | Case No. 22-33351 (MI) |
| | § | |
| Debtor. | § | |

## SECOND STIPULATION AND AGREED ORDER BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR EXTENDING DEADLINE TO OBJECT TO DISCHARGE

Janet S. Northrup, the chapter 7 trustee (the "***Trustee***") for the above-referenced bankruptcy estate, and Sokona Diallo (the "***Debtor***" and collectively with the Trustee, the "***Parties***"), by and through their respective counsel or representatives, hereby enter into this Stipulation and Agreed Order:

**WHEREAS**, on November 9, 2022 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief pursuant to chapter 13 of the Bankruptcy Code, thereby commencing Case Number 22-33351 (the "***Bankruptcy Case***") in the United States Bankruptcy Court (the "***Bankruptcy Court***") and creating the Debtor's bankruptcy estate (the "***Bankruptcy Estate***");

**WHEREAS**, on January 6, 2023, the Debtor filed a *Notice of Conversion of a Chapter 13 Bankruptcy to Chapter 7 Bankruptcy.* [Docket No. 24];

**WHEREAS**, on July 10, 2022, Janet S. Northrup was appointed as the chapter 7 trustee of the Debtor's Bankruptcy Estate;

**WHEREAS**, the initial Section 341 Meeting of Creditors was conducted on February 9, 2023, the Debtor appeared, and the Trustee and certain creditors made a number of requests to the Debtor for documents and amendments to the bankruptcy schedules. The Trustee continued the meeting to February 23, 2023;

**WHEREAS**, on February 21, 2023, the Debtor filed amended bankruptcy scheduled and an amended statement of financial affairs. [Docket No. 32];

**WHEREAS**, the continued meeting of Creditors was held on February 23, 2023, again the Debtor appeared, and the Trustee made additional document requests of the Debtor. The meeting was continued reset to March 2, 2023;

**WHEREAS**, the March 2, 2023 meeting was continued by announcement at the meeting so the Debtor could produce paperwork on all leased vehicles purchased or repossessed with the last four years, documents related to certain bank accounts, and documents related to certain

1

entities in which the Debtor appears to have an interest. The meeting was continued reset to March 23, 2023;

**WHEREAS**, shortly after the March 2, 2023 meeting, the Trustee issued a request to the Debtor to produce bank statements for ten separate bank accounts in which it appears the Debtor had an interest;

**WHEREAS**, the Trustee continued the March 23, 2023 meeting to April 27, 2023 to allow time that for the production of the documents previously requested and to allow time for a Rule 2004 examination of the Debtor to be completed in order to allow for a more effective and responsive Section 341 Meeting of Creditors;

**WHEREAS**, on April 6, 2023, the Court entered a Stipulation and Agreed Oder Between Chapter 7 Trustee and Debtor Extending Deadline to Object to Discharge extending the deadline to object to the discharge under sections 523 and 727 to July 10, 2023. [*See* Docket No. 40].

**WHEREAS**, on April 21, 2023, the Trustee filed her Motion to Compel and for Sanctions in the bankruptcy case seeking the production of bank statements, paperwork on all leased vehicles, and documents related to certain entities in which the Debtor appears to have an interest [Docket No. 43] (the "***Motion to Compel***").

**WHEREAS**, after the Motion to Compel was filed, the Debtor produced a substantial portion of the requested documents.

**WHEREAS**, on June 20, 2023, the Court held a hearing on the Motion to Compel and on June 26, 2023, the Court entered an order granting the Motion to Compel with respect to the documents that have not yet been produced. [*See* Docket No. 59].

**WHEREAS**, on June 23, 2023, the Debtor issued a number of subpoenas on parties related to the document production still outstanding. [*See* Docket Nos. 54, 55, 56, and 57].

**WHEREAS**, the current deadline to object to the Debtor's discharge under sections 523 and 727 is July 10, 2023.

**WHEREAS**, in light of the production that remains pending and the outstanding subpoenas, at the Trustee's request, the Debtor voluntarily agrees; and the Trustee, and Debtor respectfully request this Court enter the following Stipulation.

**IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT,**

1. The deadline to object to discharge in this Bankrutpcy Case under sections 523 and 727 is extended to August 9, 2023.

2. Entry of this extension is without prejudice to a further agreed extension; or the

Trustee, the U.S. Trustee, any creditor and/or party in interest seeking a further extension of the deadline, and the Debtor agreeing or objecting thereto.

Signed: July 10, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

**STIPULATED AND AGREED TO BY:**

/s/ Simon R. Mayer
Simon R. Mayer
Texas Bar Number 24060243
**Locke Lord LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: simon.mayer@lockelord.com

*Attorney for Janet S. Northrup,*
*Chapter 7 Trustee*

/s/ Emil R. Sargent
Emil R. Sargent
TBN: 17648750
2855 Mangum Road, Ste. A-569
Houston, TX 77092
713.222.2299 - Telephone
713.224-6812

Attorney for Debtor

3