IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-33351 |
| | § | |
| **Sokona Diallo** | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | **CHAPTER 7** |

## HARRIS COUNTY'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10

**YOU ARE HEREBY NOTIFIED** that Harris County's claim no. 10 in the amount of **$145,659.54** is **WITHDRAWN**.

Date: November 1, 2023

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

*/s/ Jeannie L. Andresen*
John P. Dillman
Texas State Bar No. 05874400
Tara L. Grundemeier
Texas State Bar No. 24036691
Jeannie L. Andresen
Texas State Bar No. 24086239
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Telephone
(713) 844-3503 Facsimile
john.dillman@lgbs.com
tara.grundemeier@lgbs.com
jeannie.andresen@lgbs.com

Counsel for Harris County

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-33351 |
| | § | |
| **Sokona Diallo** | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | CHAPTER 7 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **Harris County's Notice of Withdrawal of Proof of Claim No. 10** shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on **November 1, 2023**

Debtor(s)

Sokona Diallo
21826 Paril Creek Drive
Houston, TX 77073

Attorney in Charge for Debtor(s)

Emil R Sargent
2855 Mangum Road, Suite A-569
Houston, TX 77092

Trustee

US Trustee
515 Rusk Ave, Suite 3516
Houston, TX 77002


                                                                   */S/ Jeannie L. Andresen*
                                                                     Jeannie L. Andresen