**United States Bankruptcy Court**
**Southern District of Texas**
**Houston Division**

In re **Sokona Diallo** Case No. **22-33351-H1-7**
Debtor(s) Chapter **7**

## RESPONSE OF NO OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY TO OBTAIN POSSESSION OF RESIDENTIAL REAL PROPERTY (Dkt #76)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW, Sokona Diallo, Debtor and party in interest in the above-styled and captioned case. Debtor pleads No Opposition to Movant's Motion for Relief from the Automatic Stay.

1. With respect to paragraph 1, Debtor admits the allegation set forth.

2. With respect to paragraph 2, Debtor admits the allegation set forth.

3. With respect to paragraph 3, Debtor denies the allegation set forth.

4. With respect to paragraph 4, Debtor admits the allegation set forth.

5. With respect to paragraph 5, Debtor denies the allegation set forth.

6. With respect to paragraph 6, Debtor denies the allegation set forth.

7. With respect to paragraph 7, Debtor denies the allegation set forth.

8. With respect to paragraph 8, Debtor denies the allegation set forth.

9. With respect to paragraph 9, Debtor admits the allegation set forth.

10. With respect to paragraph 10, Debtor admits the allegation set forth.

11. With respect to paragraph 11, Debtor admits the allegation set forth in sentence 1. Debtor denies the allegation set forth in sentence 2.

12. With respect to paragraph 12, Debtor admits the allegation set forth.

13. With respect to paragraph 13, Debtor admits the allegation set forth.

14. With respect to paragraph 14, Debtor admits the allegation set forth.

In compliance, with Local Bankruptcy Rule(a)(9)(A), the undersigned has conferred or will confer with a representative of Movant in a good faith effort to resolve any disputed issues prior to hearing. At present, a hearing on this matter is not necessary.

WHEREFORE, Debtor requests that this Court enter an Order:

a. Granting the relief sought in Movant's motion;

b. Granting any equitable relief to which Debtor is justly entitled.

Respectfully submitted:

Date August 22, 2024

Signature /s/ Emil R. Sargent
Emil R. Sargent
TBN: 17648750
2855 Mangum Road, Ste. A-569
Houston, Texas 77092
713.222.2299 - Telephone
713.222..2478 - Facsimile

Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response of No Opposition to Motion for Relief from Automatic Stay to Obtain Possession of Residential Real Property was served via ECF and/or United States mail, postage prepaid and/or email on August 22, 2024 on the following parties:

| Janet S. Casciato-Northrup, Trustee | United States Trustee | Sokona Diallo |
|---|---|---|
| jln@hwa.com | Southern District of Texas | Via Email |
| | USTPRegion07@USDOJ.GOV | |

Angeline V. Kell
Hoover Slovacek LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056
Email: kell@hooverslovacek.com

/s/*Emil R. Sargent*
**EMIL R. SARGENT**