United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 23, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-33351 |
| | § | |
| SOKONA DIALLO | § | |
| | § | |
| Debtor | § | CHAPTER 7 |

## AGREED ORDER MODIFYING THE AUTOMATIC STAY TO OBTAIN POSSESSION OF RESIDENTIAL REAL PROPERTY
**[Related to Docket No. 76]**

The Order concerns the lease as to residential property located at 8820 Westheimer Rd., Apartment No. 2322, Houston, Texas 77063 ("Property") between SYNC AT PINEY POINT, LP ("Movant") and SOKONA DIALLO ("Debtor"). Proper notice having been given to all parties, the Court GRANTS the relief as set forth below, as agreed to between Movant and the Debtor, as evidenced by the signatures below.

ORDERED that Debtor and all other occupants shall peacefully vacate the Property, leave it in a clean and empty condition and turn in keys to Movant's management office on or before midnight August 25, 2024, is she has not already. If the Debtor, or other occupants, fail to vacate the Property as agreed, the automatic stay is terminated for the limited purpose of allowing Movant to pursue state law remedies on an *in rem* basis as to the Debtor, including eviction without further notice to the Debtor or creditors.

Signed: August 23, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

Submitted by:

HOOVER SLOVACEK LLP

*/s/ Angeline V. Kell*
Angeline V. Kell
TX State Bar No.: 24040009
Galleria Tower II
5150 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395
kell@hooverslovacek.com
*Attorneys for Movant*

*/s/ Emil R. Sargent\**
Emil R. Sargent
State Bar No. 17648750
2855 Magnum Rd, Ste. A-569
Houston, Texas 77092
Esargent3@gmail.com
Telephone: (713) 222-2299
*Attorney for Debtor*

*\*With Permission Angeline V. Kell*